UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN GAREY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACK RILEY INVESTMENTS LLC,<br><br>Defendant. | Case No.: 1:19-cv-01912-VSB<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Defendant Jack Riley Investments LLC ("Defendant"), by and through its undersigned counsel, Kelley Drye & Warren LLP, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. The parties hereby advise this Court that they have resolved this action. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourn all deadlines and conferences, including the initial conference set for tomorrow, July 11, 2019.

DATED:    New York, New York
          July 10, 2019              Respectfully submitted,

                                     KELLEY DRYE & WARREN LLP


                                       /s/ *Geoffrey W. Castello*
                                     Geoffrey W. Castello
                                     gcastello@kelleydrye.com
                                     Counsel for Defendant
                                     101 Park Avenue
                                     New York, NY  10178
                                     Telephone: (212) 808-7800
                                     Facsimile: (212) 808-7897

                                     *Attorneys for Defendant*